*997
 
 OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Term should be reversed, the judgment of conviction vacated and the information dismissed.
 

 To be facially sufficient, an information must contain allegations of every element of the offense charged and the defendant’s commission thereof (CPL 100.40 [1] [c]; 100.15 [3]). Inasmuch as the information charging defendant with disorderly conduct fails to allege the essential element of either intent or recklessness
 
 (see,
 
 Penal Law §240.20 [3]), as the People concede, the information is jurisdictionally defective and must be dismissed
 
 (see, People v Alejandro,
 
 70 NY2d 133, 135-136;
 
 People v Hall,
 
 48 NY2d 927, 928).
 

 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur in memorandum.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.40), order reversed, etc
 
 .